

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DIAMONDBACK INDUSTRIES, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 4:18-cv-902-A |
| REPEAT PRECISION, LLC; NCS MULTISTAGE, LLC; NCS MULTISTAGE HOLDINGS, INC.; RJ MACHINE COMPANY, INC.; GARY MARTIN, GRANT MARTIN; ROBERT NIPPER; KINGDOM DOWNHOLE TOOLS, LLC, TREA H. BAKER; and JUSTICE BAKER, | § § § § § § § | |
| Defendants. | | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Diamondback Industries, Inc. notices its dismissal of Defendants Repeat Precision, LLC, NCS Multistage, LLC, NCS Multistage Holdings, Inc., RJ Machine Company, Inc., Gary Martin, Grant Martin and Robert Nipper in the above-identified court action without prejudice against refiling the same. None of the dismissed defendants have answered or otherwise appeared in this case, and therefore voluntary dismissal is noticed as of right under Rule 41(a)(1)(A)(i).

All claims not hereby dismissed (i.e., claims against Kingdom Downhole Tools, LLC, Trea H. Baker, and Justice Baker) remain in the action.

January 9, 2019.

.Dated: January 9, 2019

Respectfully submitted,

_____
Decker A. Cammack (Lead Counsel)
Texas Bar No. 24036311
dcammack@whitakerchalk.com

Mack Ed Swindle
Texas Bar No. 19587500
mswindle@whitakerchalk.com

David A. Skeels
Texas Bar No. 24041925
dskeels@whitakerchalk.com

Brian J. Smith
Texas Bar No. 24079353
bsmith@whitakerchalk.com

**WHITAKER CHALK SWINDLE
 & SCHWARTZ PLLC**
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
Phone: (817) 878-0500
Fax: (817) 878-0501

*Counsel for Plaintiff Diamondback Industries, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2019, a copy of the foregoing Notice of Dismissal was served on counsel indicated below:

*Via certified mail return receipt requested and email to tim.durst@bakerbotts.com*
Timothy S. Durst
Baker Botts, L.L.P.
2001 Ross Avenue
Dallas, TX 75201
Attorneys for
Repeat Precision, LLC, NCS Multistage, LLC, NCS Multistage Holdings, Inc., RJ Machine Company, Inc., Gary Martin, Grant Martin and Robert Nipper

*Via certified mail return receipt requested and email to mmcabe@munckwilson.com and nplagens@munckwilson.com*
Michael McCabe
Nicole Plagens
Munck Wilson Mandala, LLP
12770 Coit Road, Suite 600
Dallas, TX 75251
Attorneys for Kingdom Downhole Tools, LLC, Trea H. Baker and Justice Baker

Decker A. Cammack