IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

DIAMONDBACK INDUSTRIES, INC., §
 §
Plaintiff, §
 §
VS. § NO. 4:18-CV-902-A
 §
REPEAT PRECISION, LLC, ET AL., §
 §
Defendants. §

## FINAL JUDGMENT AS TO CERTAIN PARTIES

Consistent with the notice of voluntary dismissal filed this date,

The court ORDERS, ADJUDGES, and DECREES that the claims of plaintiff, Diamondback Industries, Inc., against defendants Repeat Precision, LLC, NCS Multistage, LLC, NCS Multistage Holdings, Inc., RJ Machine Company, Inc., Gary Martin, Grant Martin, and Robert Nipper be, and are hereby, dismissed without prejudice.

The court determines that there is no just reason for delay in, and hereby directs, entry of final judgment as to the dismissal of such claims.

SIGNED January 9, 2019.

_____
JOHN McBRYDE
United States District Judge