IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DIAMONDBACK INDUSTRIES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:18-CV-902-A |
| | § | |
| REPEAT PRECISION, LLC, ET AL., | § | |
| | § | |
| Defendants. | § | |

### FINAL JUDGMENT AS TO CERTAIN CLAIM

In accordance with the notice of voluntary dismissal filed by plaintiff, Diamondback Industries, Inc.,

The court ORDERS, ADJUDGES, and DECREES that plaintiff's claim of patent infringement (Count V) against defendants, Kingdom Downhole Tools, LLC, Trea H. Baker, and Justice Baker, as stated in plaintiff's first amended complaint, be, and is hereby, dismissed without prejudice pursuant Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

The court determines that there is no just reason for delay in, and hereby directs, entry of final judgment as to the dismissal of such claim.

SIGNED November 22, 2019.

JOHN McBRYDE
United States District Judge