## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **DIAMONDBACK INDUSTRIES , INC.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CASE NO. 4:18-cv-902-A** |
| | § | |
| **KINGDOM DOWNHOLE TOOLS, LLC,** | § | |
| **TREA H. BAKER; and JUSTICE** | § | |
| **BAKER,** | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF DIAMONDBACK INDUSTRIES, INC. NOTICE OF BANKRUPTCY

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that Plaintiff, Diamondback Industries, Inc., filed a voluntary Chapter 11

Bankruptcy Petition (Case No. 20-41504-ELM-11) on April 21, 2020, in the United States

Bankruptcy Court, Northern District of Texas, Fort Worth Division. *See* **Exhibit A** attached herein.

As Diamondback Industries, Inc. is the Plaintiff is this action and no counterclaims have been

asserted by Defendants, Plaintiff believes that the automatic stay of 11 U.S.C. § 362(a) does not

apply to this action.

Dated: April 22, 2020

Respectfully submitted,

WHITAKER CHALK SWINDLE
& SCHWARTZ PLLC

/s/ _____

Decker A. Cammack
Texas Bar No.: 24036311
dcammack@whitakerchalk.com
David A. Skeels
Texas Bar No. 24041925
dskeels@whitakerchalk.com
Mack Ed Swindle
Texas Bar No. 19587500
mswindle@whitakerchalk.com
Brian J. Smith
Texas Bar No. 24079353
bsmith@whitakerchalk.com
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
Phone: (817) 878-0578
Fax: (817) 878-0501
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served on all counsel of record

with a true and correct copy of the foregoing via email, on April 22, 2020.

/s/ _____

Decker A. Cammack