**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS

Case number (if known) _____ Chapter 11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Diamondback Industries, Inc. |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 74-2934403 |
| 4. | Debtor's address | **Principal place of business**<br><br>3824 Williamson Road<br>Crowley, TX 76036<br>Number, Street, City, State & ZIP Code<br><br>Tarrant<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | www.diamondbackindustries.com |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page 1

# EXHIBIT A

Debtor **Diamondback Industries, Inc.**      Case number (if known) _____
     Name

| | | |
|---|---|---|
| 7. | Describe debtor's business | **A.** *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>■ None of the above<br><br>**B.** *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))<br><br>**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.<br>    __3399__ |
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11. *Check all that apply:*<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. | ■ No.<br>☐ Yes.<br><br>District _____ When _____ Case number _____<br>District _____ When _____ Case number _____ |
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br>List all cases. If more than 1, attach a separate list | ☐ No<br>■ Yes.<br><br>Debtor **See attached Rider**    Relationship _____<br>District _____ When _____ Case number, if known _____ |

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page 2

# EXHIBIT A

Debtor **Diamondback Industries, Inc.**     Case number (if known) _____
    Name

**11. Why is the case filed in this district?**

Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☐ No
- ■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ■ Other: Buried materials; do not have a material effect on environment but need to be remediated

Where is the property?
3824 Williamson Road
Crowley, TX, 76036-0000
Number, Street, City, State & ZIP Code

Is the property insured?
- ■ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ■ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**EXHIBIT A**

Debtor   **Diamondback Industries, Inc.**   Case number (if known) _____
         Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/21/2020
              MM / DD / YYYY

X  /s/ Benton Cantey
   Signature of authorized representative of debtor

   Benton Cantey
   Printed name

Title  **President**

**18. Signature of attorney**

X  /s/ Ian T. Peck                   Date  04/21/2020
   Signature of attorney for debtor         MM / DD / YYYY

**Ian T. Peck 24013306 (Texas)**
Printed name

**Haynes and Boone, LLP**
Firm name

**301 Commerce Street**
**Suite 2600**
**Fort Worth, TX 76102**
Number, Street, City, State & ZIP Code

Contact phone  **817-347-6613**   Email address  **ian.peck@haynesboone.com**

**24013306 (Texas) TX**
Bar number and State

**EXHIBIT A**

## RIDER 1

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Diamondback Industries, Inc.:

Diamondback Industries, Inc., Tax ID # 74-2934403

Discerner Holdings, Inc., Tax ID # 84-3595110

Discerner Investments, LLC, Tax ID # 84-3993076

4817-9963-9225

**EXHIBIT A**

## UNANIMOUS WRITTEN CONSENT OF THE
## BOARD OF DIRECTORS OF
## DIAMONDBACK INDUSTRIES, INC.

The undersigned being all of the members of the board of directors (each a "Director" and collectively, the "Board") of Diamondback Industries, Inc., a Texas corporation (the "Company"), hereby waive the requirements of notice and voting, including without limitation, any specific requirement of prior notice for taking actions by written consent, and of a meeting and hereby consent to, adopt and approve the following resolutions and each and every action effected thereby (the "Board Consent"):

### Recitals

WHEREAS, the Company is undergoing financial distress due to, among other things, the downturn in the oil and gas market, the downturn in the U.S. and global economies from challenges relating to the COVID-19 pandemic, and the recent entry of a large judgment against the Company in a lawsuit pending in the United States District Court for the Western District of Texas;

WHEREAS, the Board has received, reviewed and considered materials presented by management and the legal and financial advisors of the Company regarding the Company's financial difficulties and the impact of the foregoing on the Company's businesses;

WHEREAS, the Board has received, reviewed and considered advice from management and the legal and financial advisors of the Company regarding possible strategic alternatives to address the Company's financial and operating difficulties, including pursuant to in-court bankruptcy proceedings, and the impact of the foregoing on the Company's businesses and its stakeholders; and

WHEREAS, in light of the foregoing, the Board has determined that it is desirable and in the best interest of the Company and the Company's creditors to cause to be filed a petition by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") on or after April 20, 2020;

NOW, THEREFORE, BE IT

### Filing and Prosecution of Bankruptcy Case

RESOLVED, that it is desirable and in the best interest of the Company to authorize Benton Cantey (the "Authorized Officer"), to cause to be filed a petition in the name of the Company (the "Chapter 11 Petition") seeking relief under the provisions of chapter 11 of the Bankruptcy Code; and it is further

RESOLVED, that the Board shall authorize and direct the Authorized Officer, acting on behalf of the Company, to execute and verify the Chapter 11 Petition and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division (the "Bankruptcy Court"), in such form and at such time as he shall determine; and it is further

4836-8030-5849 v.2

**EXHIBIT A**

RESOLVED, that the Authorized Officer, acting on behalf of the Company, hereby is authorized to execute and file (or direct others to do so on behalf of the Company as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in connection therewith, to employ and retain all assistance by legal counsel, accountants, or other professionals and to take any and all action deemed necessary and proper in connection with the chapter 11 case; and it is further

**Employment of Professionals**

RESOLVED, that the law firm of Haynes and Boone, LLP ("Haynes and Boone") be, and hereby is, employed under general retainer as bankruptcy counsel for the Company in the chapter 11 case, and the Authorized Officer, acting on behalf of the Company, is hereby authorized and directed to execute appropriate retention agreements, direct payment of appropriate retainers in substantially the amounts previously discussed by the Board prior to and immediately upon the filing of the chapter 11 case, and cause to be filed an appropriate application for authority to retain the services of Haynes and Boone; and it is further

RESOLVED, that the consulting firm of CR3 Partners, LLC ("CR3") be, and hereby is, employed to provide certain services of a Chief Restructuring Officer and other financial advisor support services for the Company in the chapter 11 case, and that Cade Kennedy is hereby authorized to serve in the capacity as Chief Restructuring Officer, and acting on behalf of the Company, he is hereby authorized and directed to execute appropriate retention agreements, direct payment of appropriate retainers in substantially the amounts previously discussed by the Board prior to and immediately upon the filing of the chapter 11 case, and cause to be filed an appropriate application for authority to retain the services of CR3; and it is further

RESOLVED, that the consulting firm of Stretto ("Stretto") be, and hereby is, employed as claims and noticing agent and to provide other related services for the Company in the chapter 11 case, and the Authorized Officer, acting on behalf of the Company, is hereby authorized and directed to execute appropriate retention agreements, direct payment of appropriate retainers in substantially the amount previously discussed by the Board prior to and immediately upon the filing of the chapter 11 case, and cause to be filed an appropriate application for authority to retain the services of Stretto; and it is further

RESOLVED, that the Authorized Officer, acting on behalf of the Company, is hereby authorized and directed to employ any other firm as professionals or consultants to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code and, in connection therewith, the Authorized Officer, acting behalf of the Company, is hereby authorized and directed to execute appropriate retention agreements, direct payment of appropriate retainers prior to and after the filing of the chapter 11 case and cause to be filed appropriate applications for authority to retain the services of such firm; and it is further

**Authorization to Pursue DIP Financing**

RESOLVED, that the Authorized Officer, acting on behalf of the Company, is hereby granted full authority to continue ongoing discussions to obtain debtor in possession financing on terms that are reasonable under the circumstances, as determined in consultation with the

**EXHIBIT A**

Company's professionals and advisors, and, subject to Bankruptcy Court approval, to enter into a debtor in possession credit agreement and such other ancillary agreements, documents, and instruments relating thereto; and it is further

### General Authorizing Resolutions

RESOLVED that the Authorized Officer, acting on behalf of the Company, is hereby granted full authority to act in the name of and on behalf of the Company, under the Company's seal or otherwise, to make, enter into, execute, deliver and file any and all other or further agreements, documents, certificates, materials and instruments, to disburse funds of the Company, to take or cause to be taken any and all other actions, and to incur all such fees and expenses deemed to be necessary, appropriate, or advisable to carry out the purposes of the foregoing resolutions and the transactions contemplated thereunder and/or to successfully complete the chapter 11 case, the taking of any such action to constitute conclusive evidence of the exercise of such discretionary authority; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by the Officers, Directors and/or Board to seek relief under chapter 11 of the Bankruptcy Code or in connection with the chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is further

RESOLVED, that the Authorized Officer, acting on behalf of the Company, is authorized, empowered and directed to certify and attest any documents or materials deemed necessary, desirable, or appropriate to consummate the transactions contemplated by the foregoing resolutions, without the necessity of further approvals or consents by the Shareholders or the affixing of any seal of the Company; and it is further

RESOLVED, that all actions heretofore taken by the Company, the Officers, the individual Directors, the Board, and other authorized representative of the Company with respect to the foregoing transactions and all other matters contemplated by the foregoing resolutions that require approval by the Board are hereby in all respects, approved, adopted, ratified, and confirmed.

This Board Consent may be executed in one or more counterparts, each of which shall be deemed an original and all of which, together, shall constitute one consent. All of the foregoing resolutions shall be deemed adopted simultaneously.

# EXHIBIT A

_____
Derrek Drury, CEO and Director

**Being all of the directors of:**
**Diamondback Industries, Inc.**

4

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Diamondback Industries, Inc., *et al.*,[1] | § | Case No. 20-[●] |
| | § | |
| Debtors. | § | Joint Administration Requested |

## CONSOLIDATED LIST OF CREDITORS
## HOLDING THE 30 LARGEST UNSECURED CLAIMS

The above-captioned debtors (collectively, the "Debtors") hereby certify that this *Consolidated List of Creditors Holding the 30 Largest Unsecured Claims* (the "Top 30 List") contains the names and address of the Debtors' consolidated top 30 unsecured creditors. The Top 30 list has been prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure from the Debtors' unaudited books and records as of the Petition Date. The Top 30 List does not include: (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. The information presented in the Top 30 List shall not constitute an admission by, nor is it binding on, the Debtors. Moreover, nothing herein shall affect the Debtors' right to challenge the amount or characterization of any claim at a later date. The failure of the Debtors to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' right to contest the validity, priority, and/or amount of any such claim.

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| See attached list | | | | |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Diamondback Industries, Inc. (4403) ("Diamondback"); Discerner Holdings, Inc. (5110) ("Discerner Holdings"); and Discerner Investments, LLC (3076) ("Discerner Investments"). The location of the Debtors' service address is 3824 Williamson Road, Crowley, Texas 76036.
4851-0429-2282 v.2

# EXHIBIT A

**Diamondback Industries, Inc., et al.**
**Consolidated 30 Largest Unsecured Creditors**
*Dated as of April 21, 2020*

| Count | Vendor / Address | Amount | |
|---|---|---|---|
| 1 | REPEAT PRECISION, LLC<br>c/o W. SCOTT HASTING<br>LOCKE LORD LLP<br>2200 ROSS AVE SUITE 2800<br>DALLAS, TX 75201<br>(P) 214-740-8537<br>(F) 214-740-8800<br>Email shastings@lockelord.com | $ | 39,946,902.00<br><br>Contingent<br>Unliquidated<br>Disputed |
| 2 | EPICOR SOFTWARE CORPORATION<br>P.O. BOX 204768<br>DALLAS, TEXAS 75320<br>(P) 512-278-5179<br>(F) 0<br>Email ximena.avila@epicor.com | $ | 57,511.60 |
| 3 | IPFS CORPORATION<br>2777 ALLEN PARKWAY<br>SUITE 550<br>DALLAS, TEXAS 75373<br>(P) 877-687-9824<br>(F) 832-308-7925<br>Email 0 | $ | 56,839.13 |
| 4 | ADVANCED SPOTWELDING CO.<br>205 WEST PANTHER WAY<br>HEWITT, TEXAS 76643<br>(P) 254-744-8229<br>(F) 0<br>Email advancedspotwelding@gmail.com | $ | 43,380.00 |
| 5 | SPECIAL METALS INCORPORATED<br>P.O. BOX 675014<br>DALLAS, TEXAS 75267-5014<br>(P) 817-517-9844<br>(F) 0<br>Email CNuckels@specialmetalsinc.com | $ | 26,838.51 |
| 6 | ALL STAR CORRUGATED<br>1425 FORUM WAY SOUTH<br>FORT WORTH, TX 76140<br>(P) 817-551-5580<br>(F) 0<br>Email michellea@allstarbox.com | $ | 17,032.15 |

**EXHIBIT A**

| | | | |
|---|---|---|---:|
| 7 | T & S PRODUCTS, INC. <br> 525 DUNCAN PERRY RD <br> ARLINGTON, TX 76011 <br> (P) 817-633-4600 <br> (F) 0 <br> Email larry@tandsproducts.com | $ | 13,791.87 |
| 8 | RUSCO PACKAGING, INC <br> BOX 226685 <br> DALLAS, TX 75222-6685 <br> (P) 800-678-5154 <br> (F) 0 <br> Email baicardi@ruscopackaging.com | $ | 11,095.00 |
| 9 | ULINE <br> P.O. BOX 88741 <br> CHICAGO, IL 60680 <br> (P) 888-884-6910 <br> (F) 0 <br> Email accounts.receivable@uline.com | $ | 9,117.24 |
| 10 | HUMMEL CROTON <br> 10 HARMICH ROAD <br> SOUTH PLAINFIELD, NJ 07080-4899 <br> (P) 908-754-1800 <br> (F) 0 <br> Email MRichard@HummelCroton.com | $ | 8,865.00 |
| 11 | JAMAK FABRICATION, INC. <br> 1401 N. BOWIE RD <br> WEATHERFORD, TX 76086 <br> (P) 800-543-4747 <br> (F) 0 <br> Email info@jamak.com | $ | 8,272.00 |
| 12 | DURA-BAR METAL SERVICES <br> 35168 EAGLE WAY <br> CHICAGO, IL 60678-1351 <br> (P) 888-387-2227 <br> (F) 815-338-4608 <br> Email 0 | $ | 7,179.98 |
| 13 | VERNON SALES PROMOTION <br> DEPT C <br> ONE PROMOTION PL <br> P.O. BOX 600 <br> NEWTON, IA 50208-2065 <br> (P) 817-729-9359 <br> (F) 641-791-7701 <br> Email jodi@jandspromotionsplus.com | $ | 5,188.45 |

**EXHIBIT A**

| | | | |
|---|---|---|---|
| 14 | ENGIE RESOURCES<br>1990 POST OAK BLVD<br>HOUSTON, TX 77056<br>(P) 888-232-6206<br>(F) 713-636-0927<br>Email custserv@na.engie.com | $ | 4,898.28 |
| 15 | WASTE MANAGEMENT<br>FORT WORTH HAULING<br>PO BOX 660345<br>DALLAS, TX 75266-0345<br>(P) 817-456-7177<br>(F) 0<br>Email jhowell2@wm.com | $ | 3,439.64 |
| 16 | ECI JOBBOSS, LLC<br>33044 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693-0330<br>(P) 614-410-2615<br>(F) 0<br>Email system@sent-via.netsuite.com | $ | 3,257.26 |
| 17 | ARAMARK UNIFORM SERVICES<br>P.O. BOX 731676<br>DALLAS, TEXAS 75373-1676<br>(P) 800-504-0328<br>(F) 0<br>Email AUSaccountsrec@aramark.com | $ | 3,174.67 |
| 18 | FEDEX<br>DEPT CH<br>PO BOX 10306<br>PALATINE, IL 60055-0306<br>(P) 469-525-9769<br>(F) 0<br>Email Josh joshua.neel@fedex.com | $ | 2,847.11 |
| 19 | IDEAL FIRE & SECURITY<br>6913 CAMP BOWIE BLVD #181<br>FORT WORTH, TEXAS 76116<br>(P) 817-222-1283<br>(F) 0<br>Email junderwood@idealpartners.com | $ | 2,800.64 |
| 20 | AT&T<br>P.O. BOX 5019<br>CAROL STREAM IL 60197-5019<br>(P) 800-235-7524<br>(F) 0<br>Email Premier@premier.wireless.att-mail.com | $ | 2,681.98 |

**EXHIBIT A**

| | | | |
|---|---|---|---:|
| 21 | AIRGAS USA,LLC- CENTRAL DIVISION<br>P.O. BOX 734671<br>DALLAS, TX 75373-4671<br>(P) 855-625-5285 ext#7443<br>(F) 0<br>Email michael.valdes@airgas.com | $ | 2,193.71 |
| 22 | LATROBE PALLET COMPANY<br>1284 ROUTE 981<br>LATROBE, PA 15650<br>(P) 724-537-9636<br>(F) 724-537-2898<br>Email 0 | $ | 2,100.00 |
| 23 | RMP INDUSTRIAL SUPPLY<br>3209 STUART DRIVE<br>FORT WORTH, TEXAS 76110<br>(P) 817-927-1966<br>(F) 0<br>Email jpiercy@rmpis.com | $ | 1,682.78 |
| 24 | American Completion Tools Inc<br>3084 South Burleson Blvd<br>Burleson, Texas 76028<br>(P) 817-790-6608<br>(F) 817-783-8081<br>Email kayla@americancompletiontools.com | $ | 1,414.00 |
| 25 | LANDSBERG ENGINEERED PACKAGING SOLUTIONS<br>PO BOX 731575<br>DALLAS, TX 75373-1575<br>(P) 817-235-2994<br>(F) 0<br>Email Chris.Reneau@Landsberg.com | $ | 1,404.30 |
| 26 | MLC CAD Systems<br>4625 W WILLIAM CANNON DR BLDG 5<br>AUSTIN TX 78749-2318<br>(P) 800-364-1652 ext 1104<br>(F) 0<br>Email angel.pene@mlc-cad.com | $ | 1,380.19 |
| 27 | KING OF FREIGHT<br>PO BOX 49170<br>WICHITA, KS 67201<br>(P) 316-530-8256<br>(F) 0<br>Email JHutfles@kingoffreight.com | $ | 1,250.00 |

**EXHIBIT A**

| | | | |
|---|---|---|---|
| 28 | HUDSON ENERGY SERVICES, LLC<br>P.O. Box 731137<br>Dallas, Tx 75373-1137<br>(P) 866-483-7664<br>(F) 0<br>Email Ryan.Langan@traditionenergy.com | $ | 1,230.84 |
| 29 | FORTIS SOLUTIONS GROUP<br>PO BOX 369<br>CATOOSA, OK 74015<br>(P) 817-287-1071<br>(F) 0<br>Email clewis@fortissolutionsgroup.com | $ | 1,122.01 |
| 30 | AFT INDUSTRIES<br>204 S. 6TH AVE<br>MANSFIELD, TX 76063<br>(P) (469) 865-2800<br>(F) 0<br>Email ehernandez@aft-corp.com | $ | 1,102.60 |

**EXHIBIT A**

**Fill in this information to identify the case:**

Debtor name: **Diamondback Industries, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/21/2020        x /s/ Benton Cantey
                                   Signature of individual signing on behalf of debtor

**Benton Cantey**
Printed name

**President**
Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

In re: § Chapter 11
 §
Diamondback Industries, Inc., § Case No. 20-[●]
 §
Debtor. §

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, Diamondback Industries, Inc. hereby provides the following list of holders of equity interests:

| Name and Address of Interest Holder | Percentage of Interests Held |
|---|---|
| Discerner Holdings, Inc.<br>3824 Williamson Road<br>Crowley, TX 76036 | 100% |

DIAMONDBACK INDUSTRIES, INC.

By: _____
Benton Cantey
Its President

4851-4361-8230 v.1

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Diamondback Industries, Inc., | § | Case No. 20-[•] |
| | § | |
| Debtor. | § | |

## STATEMENT OF CORPORATE OWNERSHIP
## OF DIAMONDBACK INDUSTRIES, INC.

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned authorized officer of Diamondback Industries, Inc. certifies that the following corporate entities/individuals own more than 10% of the Debtor's equity interest.

| Shareholder | Percentage of Total Shares |
|---|---|
| Discerner Holdings, Inc.<br>3824 Williamson Road<br>Crowley, TX 76036 | 100% |

DIAMONDBACK INDUSTRIES, INC.

By: _____
Benton Cantey
Its President

4841-3783-2633

**EXHIBIT A**