

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

APR 2 4 2020

CLERK, U.S. DISTRICT COURT
By_____
                    Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

DIAMONDBACK INDUSTRIES, INC., §
                              §
          Plaintiff,          §
                              §
VS.                           §   NO. 4:18-CV-902-A
                              §
REPEAT PRECISION, LLC, ET AL., §
                              §
          Defendants.         §

O R D E R

On April 22, 2020, the court was informed that plaintiff,
Diamondback Industries, Inc., had filed a proceeding in
bankruptcy under Case No. 20-41504-ELM-11 in the United States
Bankruptcy Court for the Northern District of Texas, Fort Worth
Division.  According to Miscellaneous Order No. 33 of this
court, any proceedings arising under Title 11 or arising in or
related to a case under Title 11 are referred automatically to
the Bankruptcy Judges of this district for consideration and
resolution consistent with law. Accordingly,

The court ORDERS that the above-captioned action be, by way
of the automatic reference, transferred to the bankruptcy court
of the Fort Worth Division of this district for consideration

1

and resolution consistent with law.

SIGNED April 24, 2020.

_____
JOHN McBRYDE
United States District Judge